# United States District Court
## Northern District of Texas
*Fort Worth Division*

UNITED STATES OF AMERICA

V.

**WILLIAM RAY HAVNER, III**

AKA:

**WARRANT FOR ARREST**

CASE NUMBER: 4:02CR-203-A

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest **WILLIAM RAY HAVNER, III** and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with:

**Bank Robbery and Possession of a Firearm**

in violation of Title 18 United States Code, Section(s) 2113)a) & (d), 924(c)(1)(A)(i), (ii) & 2.

| | |
|---|---|
| KAREN MITCHELL<br>Name of Issuing Officer | CLERK, U.S. DISTRICT COURT<br>Title of Issuing Officer |
| HONORABLE A. Joe Fish<br>U.S. District Judge | November 7, 2002 @ Fort Worth, TX<br>Date and Location |

By: *[signature]* Beth Browning, Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3