IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | Criminal No. 4:02-CR-203-A |
| | § § | |
| WILLIAM RAY HAVNER, III (3) | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE SHERIFF, TARRANT COUNTY JAIL, TARRANT COUNTY, FORT WORTH, TEXAS

Pursuant to the Order of a United States District Judge for the Northern District of Texas,

YOU ARE HEREBY COMMANDED to bring WILLIAM RAY HAVNER, III, date of birth October 19, 1977, SID number TX06944821, before United States District Court on Tuesday, December 3, 2002 at 2:00 p.m., at which time and place said defendant is to answer to the charges pending in the above numbered cause, and after the conclusion of all proceedings in this cause, you are to return said defendant under safe and secure conduct to said defendant's original place of custody or other appropriate authority.

WRIT OF HABEAS CORPUS AD PROSEQUENDUM                    Page 1

Re-issue

SIGNED ON     NOV 21 2002    .

       KAREN S. MITCHELL
       UNITED STATES DISTRICT CLERK

BY: *Heather Arnold*
       DEPUTY

### RETURN

RECEIVED this writ on _____, and executed same by delivering WILLIAM RAY HAVNER, III, to the custody of the United States Marshal for the Northern District of Texas for appearance before the United States Magistrate Court at Fort Worth, Texas on _____.

_____

### FINAL RETURN

Final return and execution of this writ is hereby made by delivering WILLIAM RAY HAVNER, III, from the custody of the United States Marshal for the Northern District of Texas to _____ on _____.

_____

WRIT OF HABEAS CORPUS AD PROSEQUENDUM         Page 2