# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FT Worth DIVISION

MAGISTRATE JUDGE: Charles Bleil  PRESIDING
DEPUTY CLERK: K. McGlothin  COURT REPORTER/TAPE NO: 4902
LAW CLERK: _____  USPO/PTSO: Jamil Tirhi
INTERPRETER: _____  COURT TIME: _____
A.M. _____ P.M. _____  DATE: 12-6-02

☐ MAG. No.  ☒ DIST. CR. No. 4:02-CR-203-A   USDJ McBryde
                                              Paul Gartner, AUSA

UNITED STATES OF AMERICA
v.
William Ray Havner (03)    §    Gary Smart (A)
                           §
Defendant(s) Name(s) and Number(s)   Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☒ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING
☐ HEARING CONTINUED ON _____ Case No. _____ ☐ Other District ☐ Division
☐ Date of Birth: _____ ☐ Social Security No. _____ ☐ Correction of Name ORDERED _____

☐ kars.     Date of Federal arrest/custody: _____ ☐ ksurr. _____ or ☐ karsr40. Rule 40  ☐ Appeared on Writ
☐ kfa.      Deft first appearance. Deft advised of rights/charges ☐ Probation/Supervised Released violator
☒ kcnsl.    Deft first appearance with counsel.
☒ ......    ☒ Deft ☐ MW (Material Witness) ☐ _____ appeared ☒ with ☐ without counsel.
☐ ......    Requests appointed counsel.
☐ kfinaff.  FINANCIAL AFFIDAVIT executed.
☐ koapptpd. Order appointing Federal Public Defender.
☐ k20appt.  Private Counsel appointed, _____
☐ ......    Deft advises he will retain counsel. He retained _____
☐ karr.     Arraignment set _____  ☐  Detention Hearing set _____
☐ kprlxm.   Preliminary set _____  ☐  Bond Hearing set _____
☐ krmknn.   Counsel Determination Hearing set _____
☐ krmvhrg.  Identity/Removal Hearing set _____
☐ ko.(bnd.) Bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☐ PR for ☐ Deft ☐ 3rd Pty ☐ MW.
☐ kodtn.    No bond set at this time, ____ day DETENTION ORDER to be entered.
☐ kodtn.    ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING entered.
☒ ko.       ORDER OF DETENTION PENDING TRIAL entered.
☐ kocondrls. Deft advised of conditions of release.
☐ kbnd.     BOND EXECUTED, ☐ Deft ☐ MW released ☐ State Authorities, ☐ INS
☒ kloc.(LC) ☒ Deft ☐ MW (Material Witness) REMANDED to CUSTODY.
☐ ko.       Deft ORDERED REMOVED to Originating District.
☐ kwvprl.   WAIVER of ☐ Preliminary Hearing ☐ kwvr40hrg. Waiver of Rule 40 Hearing ☐ ..... Waiver of detention hearing
☒ ......    Court finds PROBABLE CAUSE ☐ ID ☒ PC.
☐ ......    Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED. (kloc./LR)
☐ ......    See reverse for additional proceedings and attorneys addresses.
☒ ......    REMARKS: Gov't's witness S/A FBI Dan Zebeski sworn & testified;
            dft's witness Lacy Lee Davis sworn & testified.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC -6 2002
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

Copy to Minute Order Book

38