IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL NO. 4:02-CR-203-A |
| | * | |
| WILLIAM RAY HAVNER III | * | |

## GOVERNMENT'S REPLY TO MOTION
## FOR CONTINUANCE

COMES NOW, the United States, by and through the undersigned Assistant United States Attorney for the Northern District of Texas, responds to defendant WILLIAM HAVNER's counsel's Motion for Continuance, and would show the Court the following:

I.

The government has no objection to Defendant's request for a continuance of the sentencing hearing.

Government's Response to Motion for Continuance - Page 1

Respectfully submitted,

JANE J. BOYLE
UNITED STATES ATTORNEY

*[signature: Aisha Saleem]*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5273
Facsimile: 817.978.3094

## CERTIFICATE OF SERVICE

This is to certify that on this the 24th day of January, 2003, a true and correct copy of the foregoing Government's Response was served on Gary Smart, attorney for defendant in compliance with the Federal Rules of Criminal Procedure.

*[signature: Aisha Saleem]*

Aisha Saleem
Assistant United States Attorney

Government's Response to Motion for Continuance - Page 2