

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 4:02-CR-203-A |
| | § | |
| THOMAS RAY MARTINSEN, JR., ET AL. | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES GARY D. SMART, attorney of record for the Defendant, WILLIAM RAY HAVNER, III in the above-entitled and numbered cause and files this his Motion for Continuance, and in support of this motion shows:

I.

Defendant's attorney of record, Gary D. Smart, is the only attorney who represents defendant.

II.

The above entitled and numbered cause is set for sentencing hearing at 9:00 a.m., April 25th 2003 in the United States District Court, Northern District of Texas, Fort Worth Division, Tarrant County, Texas. Defendant's attorney will be at a seminar previously paid for in New Orleans, Louisiana and unable to attend the April 25th sentencing hearing.

Motion For Continuance - Page 1

### III.

This motion is not made for the purpose of delay but in order that justice may be done. WHEREFORE, the defendant prays the court grant this motion and continue this cause on the docket of this court until a later date.

Respectfully submitted,

_____
GARY D. SMART
State Bar No. 18521500
3020 Matlock Road, Suite 210
Arlington, TX 76015
(817) 419-0023
(817) 417-6363 (Fax)
ATTORNEY FOR DEFENDANT

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Smart, who after being duly sworn stated:

"I am defense counsel in the above-entitled and numbered cause. I have read the foregoing Motion for Continuance and swear that all of the allegations of fact contained therein are true and correct."

_____
GARY D. SMART

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF TARRANT | ) |

SUBSCRIBED AND SWORN TO BEFORE ME on the 23rd day of January, 2003, to certify which witness my hand and official seal.

KIM P. WITHERS
MY COMMISSION EXPIRES
March 19, 2006

_Kim P. Withers_
NOTARY PUBLIC in and for the
State of Texas
My commission expires: 3/19/06

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 22nd day of January, 2003, I attempted to confer with Aisha Saleem, the Assistant United States Attorney assigned to this case, she was not available, I left a voice mail message. The 23rd of January, 2003, Ms. Saleem returned my call stating that she had no objection to resetting the sentencing hearing of William Ray Havner, III.

_Gary D. Smart_
GARY D. SMART

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion for Continuance was faxed to the District Attorney's office of Tarrant County, Texas on _____, 2003.

_Gary D. Smart_
GARY D. SMART
Attorney for Defendant

### ORDER

On this _____ day of _____, 2003, came on to be heard defendant's Motion for Continuance and it appears to the court that this motion should be ( ) granted / ( ) denied.

_____
JUDGE PRESIDING