IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:02-CR-203-A (03) |
| WILLIAM RAY HAVNER III | § | |

## GOVERNMENT'S WITNESS LIST

| | WITNESS | WILL TESTIFY TO | SWORN | TESTIFIED |
|---|---|---|---|---|
| 1. | Matthew E. Mercer<br>U.S. Probation Officer | Will testify as to all relevant facts regarding the defendant's violation of conditions of supervision alleged in the Petition for Offender Under Supervision filed November 28, 2011. | _____ | _____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Matthew J. Gulde

MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas  76102-6882
Telephone:   817.252.5200
Facsimile:    817.252.5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon William Biggs, counsel of record for the defendant and upon U.S. Probation Officer Matthew E. Mercer, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 12th day of December 2011.

MATTHEW J. GULDE
Assistant United States Attorney