IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:02-CR-203-A (03) |
| WILLIAM RAY HAVNER III | § § | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1. | Mercer | Lab Results for William Havner Collection Date 09/16/2011 | | |
| 2. | Mercer | Admission of Drug Use dated October 21, 2011 | | |
| 3. | Mercer | Lab Results for William Havner Collection Date 10/21/2011 | | |
| 4. | Mercer | Lab Results for William Havner Collection Date 11/1/2011 | | |
| 5. | Mercer | Lab Results for William Havner Collection Date 11/10/2011 | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | OFFERED | ADMITTED |
|---|---|---|---|---|
| 6. | Mercer | Admission of Drug Use dated November 17, 2011 | | |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

MATTHEW J. GULDE
Assistant United States Attorney
Illinois State Bar No. 6272325
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon William Biggs, counsel of record for the defendant and upon U.S. Probation Officer Matthew Mercer, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 12th day of December 2011.
14th

MATTHEW J. GULDE
Assistant United States Attorney

## NO OBJECTIONS TO EXHIBITS

William Biggs, counsel of record for the defendant, hereby state that I have reviewed the Government's Exhibit List, and have no objections to the admission of the exhibits.

*[signature]*

William Biggs
Attorney for Defendant

**Havner III - Government's Exhibit List - Page 3**