ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 FEB -5  PM 3: 39

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:02-CR-203-A |
| | § | |
| WILLIAM RAY HAVNER, III (1) | § | |

## GOVERNMENT'S WITNESS LIST

| Name/Address | Sworn/Testified<br>Subject Matter of Testimony |
| --- | --- |
| 1.  Donna Elling Thompson<br>U.S. Probation Officer | _____/_____<br>Will testify as to all relevant facts regarding the defendant's violation of conditions of supervision alleged in the Petition for Offender Under Supervision filed January 18, 2013. |
| 2.  Amanda Garcia<br>U.S. Probation Officer | _____/_____<br>Will testify as to all relevant facts regarding the defendant's violation of conditions of supervision alleged in the Petition for Offender Under Supervision filed January 18, 2013. |
| 3.  Ricci Criner MS, LCDC<br>Admissions Director<br>Salvation Army | _____/_____<br>Will testify as to all relevant facts regarding the defendant's failure to report to the inpatient program at the Salvation Army |

        Respectfully submitted,

        SARAH R. SALDAÑA  
        UNITED STATES ATTORNEY

        /s/ Matthew J. Gulde  
        MATTHEW J. GULDE  
        Assistant United States Attorney  
        State Bar of Illinois No. 6272325  
        801 Cherry Street, Unit #4  
        Burnett Plaza, Suite 1700  
        Fort Worth, TX  76102-6897  
        Telephone: 817.252.5200  
        Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon William Biggs, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure and served on Donna Elling Thompson, U.S. Probation Officer, via hand-delivery to the U.S. Probation Office, Fort Worth, Texas.

DATED this 5th day of February, 2013.

        /s/ Matthew J. Gulde  
        MATTHEW J. GULDE  
        Assistant United States Attorney