

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

2013 FEB 13   AM 8: 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:02-CR-203-A |
| | § | |
| WILLIAM RAY HAVNER, III (1) | § | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | Garcia | Failure to Appear at Salvation Army 12/11/12 | _____ | _____ | _____ |
| 2. | Thompson | Failure to Appear at Salvation Army 12/27/12 | _____ | _____ | _____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

MATTHEW J. GULDE
Assistant United States Attorney
State Bar of Illinois No. 6272325
801 Cherry Street, Unit #4
Burnett Plaza, Suite 1700
Fort Worth, TX 76102-6897
Telephone: 817.252.5200
Facsimile: 817.252.5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon William Biggs, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure and served on Donna Elling Thompson, U.S. Probation Officer, via hand-delivery to the U.S. Probation Office, Fort Worth, Texas.

DATED this 13th day of February, 2013.

MATTHEW J. GULDE
Assistant United States Attorney

**Government's Exhibit List - Page 2**

## NO OBJECTIONS TO EXHIBITS

William Biggs, counsel of record for the defendant, hereby state that I have reviewed the

Government's Exhibit List, and have no objections to the admission of the exhibits.

William Biggs
Attorney for Defendant