1                    IN THE UNITED STATES DISTRICT COURT

2                    FOR THE NORTHERN DISTRICT OF TEXAS

3                            FORT WORTH DIVISION

4     UNITED STATES OF AMERICA,    ) CASE NO. 4:02-CR-203-A
                                    )
5              Government,          )
                                    ) FORT WORTH, TEXAS
6     VERSUS                        )
                                    ) FEBRUARY 14, 2013
7     WILLIAM RAY HAVNER, III (03),)
                                    )
8              Defendant.          ) 2:04 P.M.

9

10                            VOLUME 1 OF 1
                       TRANSCRIPT OF REVOCATION HEARING
11                    BEFORE THE HONORABLE JOHN McBRYDE
                       UNITED STATES DISTRICT COURT JUDGE
12

13    A P P E A R A N C E S:

14    FOR THE GOVERNMENT:      MR. MATTHEW GULDE
                               UNITED STATES DEPARTMENT OF JUSTICE
15                             NORTHERN DISTRICT OF TEXAS
                               801 Cherry Street, Suite 1700
16                             Fort Worth, Texas  76102-6882
                               Telephone:  817.252.5200
17
      FOR THE DEFENDANT:       MR. WILLIAM BIGGS
18                             ASSISTANT FEDERAL PUBLIC DEFENDER
                               NORTHERN DISTRICT OF TEXAS
19                             819 Taylor Street, Room 9A10
                               Fort Worth, Texas  76102
20                             Telephone:  817.978.2753

21    COURT REPORTER:          MS. DEBRA G. SAENZ, CSR, RMR, CRR
                               501 W. 10th Street, Room 424
22                             Fort Worth, Texas  76102
                               Telephone:  817.850.6661
23                             E-Mail: debbie.saenz@yahoo.com

24    Proceedings reported by mechanical stenography, transcript

25    produced by computer.

1                               **I N D E X**

2    **PROCEEDING**                                              **PAGE**

3    Defendant's plea of true........................   11

4    Court's Findings................................   11

5    TESTIMONY OF WILLIAM RAY HAVNER, III

6       Direct Examination by Mr. Biggs..............   11

7    STATEMENTS ON SENTENCING

8       By Ms. Alicia Reames Furtick.................   15

9       By Mr. Biggs.................................   18

10      By the Defendant.............................   19

11   Sentence of the Court...........................   20

12   Objection to Sentence...........................   24

13   Reporter's Certificate..........................   24

14   Word Index......................................   25

15

16

17

18

19

20

21

22

23

24

25

```
 1                         P R O C E E D I N G S

 2                  February 14, 2013 - 2:04 p.m.

 3              COURT SECURITY OFFICER:  All rise.

 4              Hear ye, hear ye, hear ye, the United States

 5   District Court for the Northern District of Texas at Fort

 6   Worth is now in session, the Honorable John McBryde presiding.

 7              Let us pray.  God bless these United States and this

 8   Honorable Court.  Amen.

 9              Be seated.

10              THE COURT:  Good afternoon.

11              ALL PRESENT:  Afternoon, Your Honor.

12              THE COURT:  Okay.  We have two hearings on motions

13   to revoke supervised release, and I'll start with Number

14   4:02-CR-203-A.  It's United States of America versus William

15   Ray Havner, III.

16              And Mr. Gulde is here for the Government, and

17   Ms. Thompson is here with him for the probation office, and

18   Mr. Biggs is here for the defendant.

19              Why don't you and your client come up to the

20   microphone, Mr. Biggs.

21              Mr. Havner, what is your full name?

22              THE DEFENDANT:  It's William Ray Havner, III.

23              THE COURT:  Okay.  Mr. Biggs, did you and your

24   client receive in a timely manner the Motion to Revoke Term of

25   Supervised Release that was filed February 5 and the
```

1  Post-Crime Bill Supervised Release Violation Report?

2      MR. BIGGS:  Yes, Your Honor.

3      THE COURT:  Okay.  And did both of you read those

4  items and then discuss them with each other?

5      MR. BIGGS:  Yes, Your Honor.

6      THE COURT:  And does your client plan to admit to

7  the truthfulness of any of the allegations in the Motion to

8  Revoke?

9      MR. BIGGS:  Yes, Your Honor.  He plans to plead true

10  to both of the allegations.

11      THE COURT:  Okay.  Mr. Havner, your attorney has

12  indicated that you plan to admit that the allegations in the

13  Motion to Revoke Term of Supervised Release are correct.

14      Is that your intention?

15      THE DEFENDANT:  Yes, sir.

16      THE COURT:  And have you read this Motion to Revoke

17  over very carefully so you know everything it says?

18      THE DEFENDANT:  Yes, sir.

19      THE COURT:  And did you discuss it with Mr. Biggs so

20  that you would know the legal meaning of the things in it?

21      THE DEFENDANT:  Yes, Your Honor.

22      THE COURT:  And did you understand what he told you?

23      THE DEFENDANT:  Yes, Your Honor.

24      THE COURT:  Do you understand that if you admit that

25  everything in that Motion to Revoke Term of Supervised Release

1    is true, that the Court will find you violated your conditions

2    of supervised release in each of the respects alleged in the

3    motion?

4            THE DEFENDANT:  Yes, Your Honor.

5            THE COURT:  And do you understand that if you make

6    such an admission, your -- you will be subject to having your

7    terms and conditions of supervised release revoked and having

8    punishment imposed on you for violating them?

9            THE DEFENDANT:  Yes, Your Honor.

10           THE COURT:  And do you understand that if you make

11   such an admission, you'll be subjecting yourself to punishment

12   in the term -- in the form of a term of imprisonment of 3

13   years as to Count 1, and 5 years as to Count 2, and those

14   could be made to run consecutively for a total of 8 years?

15           Do you understand that?

16           MR. BIGGS:  Your Honor, if I may interject, I

17   believe that these figures are not precisely accurate.  It's,

18   I believe, 3 years minus 7 months for the first revocation

19   sentence, and 5 years minus 7 months for Count 2, based on the

20   fact that this offense arose prior to the Protect Act where

21   the supervised release statute was amended, so I believe that

22   has to be deducted out of the available custody.

23           THE COURT:  You mean from his prior revocation?

24           MR. BIGGS:  Yes.  I believe that the length of

25   sentences on the prior revocations must be deducted from the

1  available statutory maximum custody, and that would, in fact,

2  be the statutory maximum at that point.

3          *THE COURT:*  Let's see.  Is that what he got on the

4  first revocation, 7 months on each count?

5          *MR. BIGGS:*  Yes, Your Honor.

6          *THE COURT:*  Well, you might have to help me on this,

7  Ms. Thompson.

8          What is your thought on what he just said?

9          *PROBATION:*  Your Honor, I believe -- this is not a

10 Protect Act case.  It was just prior to that.  And when I

11 originally calculated it, I calculated it at 36 months for

12 that type felony, and 60 months on the other.

13         However, my supervisor, who is also here in court,

14 indicated to me that that had changed, and that I needed to

15 change that to 60 months on that grade felony.  So I'm not

16 sure exactly of the dates that that changed, but originally it

17 was 36 on his first count, and 60 on his second.

18         *THE COURT:*  Okay.  And he's saying that he thinks

19 that you ought to reduce each of those by the 7 months that he

20 received by way of punishment on his first revocation.

21         *PROBATION:*  That's correct.

22         *THE COURT:*  And what's your thought on that?

23         *PROBATION:*  Generally, we take the 60 months minus

24 the previous revocation calculation, which would have been the

25 custody sentence on that, and we deduct that.

1          *THE COURT:*  Okay.  Well, let me change that.  I -- I

2     don't think I'm going to take the time to do my independent

3     research on it, but apparently both of you agree.

4               The maximum penalty, as I understand what the

5     defendant and the -- the defendant's attorney and the

6     probation officer are now saying would be, as to Count 1, 3

7     years minus 7 months, which looks like it would be 29 months;

8     and as to Count 2, would be 5 years minus 7 months, which

9     looks like it would be 53 months.

10              Is that what you're contending, Mr. Biggs?

11         *MR. BIGGS:*  Yes, Your Honor.

12         *THE COURT:*  Okay.  Well, I'm going to change what

13    I've told you then, Mr. Havner.  I'm going to accept what your

14    attorney said as accurate, and that is, if you plead true to

15    the allegations in the Motion to Revoke Term of Supervised

16    Release, you're subjecting yourself to imprisonment as

17    punishment in the term of 29 months as to Count 1, and 53

18    months as to Count 2, and those could be made to run

19    consecutively for a total of 82 months.

20              And as to you -- you also would be subject to

21    further supervised release, and that could be -- let's see.

22    Looks to me like that could be 53 months per count, but, of

23    course, they would run concurrently.

24              Now, you understand you're subjecting yourself to

25    all of those penalties and punishments, if you admit to the

1    truthfulness of the allegations in the Motion to Revoke?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  Let me get some more personal

4    information about you.  It hadn't been too long when you were

5    here before and I got personal information.  That was in

6    December of 2011, been just a little over a year ago, but let

7    me bring you up to date.

8              Are you now under the care of a physician or

9    psychiatrist for anything?

10             THE DEFENDANT:  Yes, sir.  Yes, Your Honor.

11             THE COURT:  What is that for?

12             THE DEFENDANT:  For bipolar.  Well, it's not really

13   in care of a physician.  I do have a psychologist that I go

14   to, or I've seen a psychologist since I've been out.  I'm not

15   in care of one, no.

16             THE COURT:  Who is it you've been -- who is it

17   you've seen?

18             THE DEFENDANT:  It was a lady that worked at MHMR

19   under -- she works for Dallas Metro.

20             THE COURT:  MHMR, Mental Health Mental Retardation?

21             THE DEFENDANT:  Yes, sir.

22             THE COURT:  How many times did you see here?

23             THE DEFENDANT:  I've seen her twice.

24             THE COURT:  And when did you last see her?

25             THE DEFENDANT:  The last time I saw her was in

1    November.

2            THE COURT:  Of 2012?

3            THE DEFENDANT:  Yes, sir.

4            THE COURT:  Okay.  Are you taking -- what's the

5    condition you say you're seeing her for?

6            THE DEFENDANT:  Bipolar, bipolar disorder.

7            THE COURT:  Okay.  And have you -- have you taken

8    any medication for that?

9            THE DEFENDANT:  Yes, Your Honor, I have.

10            THE COURT:  When did you last take that?

11            THE DEFENDANT:  My last medication was three weeks

12    ago.

13            THE COURT:  Okay.  And does that medication or your

14    bipolar condition interfere with your ability to reason or

15    make decisions?

16            THE DEFENDANT:  Yes, sir, a little bit.

17            THE COURT:  How does it do that?  Does it make it

18    better or worse?

19            THE DEFENDANT:  Worse, if I'm not taking my

20    medication.

21            THE COURT:  Pardon?

22            THE DEFENDANT:  Worse, if I'm not taking my

23    medication.

24            THE COURT:  No, I say, does the fact that you do

25    take the medication, when you're taking it.

1          *THE DEFENDANT:*  Oh, oh, no, sir.  It makes me

2    better, yes, sir.

3          *THE COURT:*  Okay.  Do you have any reason to think

4    you're not of sound mind now, where you know exactly what

5    you're doing?

6          *THE DEFENDANT:*  No, sir.  I know what I'm doing,

7    yes, sir.

8          *THE COURT:*  Okay.  Do you -- you're not under the

9    influence of alcohol or any kind of drug now, are you?

10          *THE DEFENDANT:*  No, Your Honor.

11          *THE COURT:*  Okay.  Do you have any reason to think,

12    Mr. Biggs, that your client's not fully competent to admit to

13    the truthfulness of the allegations in the Motion to Revoke?

14          *MR. BIGGS:*  No, Your Honor.

15          *THE COURT:*  Or that such an admission would not be a

16    knowing and voluntary and intelligent admission?

17          *MR. BIGGS:*  No, Your Honor.

18          *THE COURT:*  Okay.  Well, I'm going to -- I find that

19    the defendant is fully competent to admit to the truthfulness

20    of the allegations in the Motion to Revoke Term of Supervised

21    Release, and I find that if he makes such an admission, it

22    would be a knowing, voluntary, and intelligent one.

23          So I'll ask you directly, Mr. Havner:  Do you admit

24    that everything this Motion to Revoke Term of Supervised

25    Release says is true?

1          *THE DEFENDANT:*  Yes, Your Honor.

2          *THE COURT:*  Okay.  Well, I'll accept that admission.

3    I find that everything in the Motion to Revoke Term of

4    Supervised Release, everything it says is true, and I find

5    that the defendant violated his conditions of supervised

6    release in each of the respects alleged in the motion, and

7    that he's subject to revocation by virtue of that.

8          Do you want to say anything on the subject of

9    whether there should be a revocation, Mr. Biggs?

10         *MR. BIGGS:*  Yes, Your Honor, and I would actually

11   like to offer some evidence on that issue.

12         *THE COURT:*  Okay.  What would you like to offer?

13         *MR. BIGGS:*  Your Honor, I would like to call

14   Mr. Havner to the stand.

15         *THE COURT:*  Okay.  Raise your right hand,

16   Mr. Havner.

17         (Witness sworn)

18         *THE COURT:*  Okay.  Come up and be seated.

19         Okay.  You may proceed.

20                    **WILLIAM RAY HAVNER, III,**

21   having been first duly sworn, testified as follows:

22                    **DIRECT EXAMINATION**

23   **BY MR. BIGGS:**

24   *Q.*      Would you please state your name for the record.

25   *A.*      William Ray Havner, III.

1    Q.        And we're here today to determine whether your

2    supervised release should be revoked; isn't that true?

3    A.        Yes, sir.

4    Q.        And you just pled true to failing to report to the

5    Salvation Army Inpatient Program; is that right?

6    A.        Yes, sir.

7    Q.        Mr. Havner, we spoke a few days ago; is that right?

8    A.        Yes.

9    Q.        And earlier today?

10   A.        Yes.

11   Q.        And did you communicate to me your belief that Judge

12   McBryde did not -- basically that he -- that you were of the

13   belief that he did not want you to go to the Salvation Army?

14   A.        Well, it wasn't so much -- true, true on that, but I

15   knew I was going to have to do a 90-day inpatient program.  I

16   just thought that we discussed that I wouldn't have to do it

17   at the Salvation Army.

18   Q.        And that was -- that was how you -- is that based on

19   your recollection of the revocation hearing?

20   A.        Yes.  I mean, that was wholeheartedly -- that was my

21   whole belief, yes, yes, sir.

22   Q.        And did you speak to the probation officer about that

23   belief?

24   A.        Yes, sir.

25   Q.        And did -- earlier today, did I give you a copy of

1    the transcript from the prior revocation hearing?

2    *A.*        Yes.

3    *Q.*        And does it indicate -- does the Judge -- does the

4    Court indicate that he didn't want you to go to the Salvation

5    Army?

6    *A.*        No.  I was -- I was mistaken.

7    *Q.*        And wasn't the -- basically the -- a good portion of

8    the revocation hearing contemplating the prospect of you

9    attending the Salvation Army program; is that right?

10   *A.*        Correct.  When -- when Judge McBryde and Mr. Mercer

11   were, yeah, when they talked about that, yes, sir.

12   *Q.*        And was that -- was that your mistake?

13   *A.*        Yes, sir.  I thought 100 percent that the whole

14   theory of it was that I would have to do a 90-day inpatient

15   program.  I was aware of that, and I was willing to do that.

16   It's just I didn't know that it would have to be the Salvation

17   Army.  I thought it would be another place, other than the

18   Salvation Army.

19   *Q.*        Are you prepared to participate in the Salvation Army

20   program?

21   *A.*        Yes, sir, 100 percent.  I'll give it my 110 percent.

22   *Q.*        And are you going to comply with all of the

23   requirements, if you are given the opportunity to go and

24   participate in the Salvation Army program?

25   *A.*        Yes, sir, if given the opportunity, yes.

1  Q.      And do you realize that whether you were of the

2  belief or not that the Judge had said you didn't have to go to

3  the Salvation Army, you didn't really go about it in the right

4  way, did you?

5  A.      No, sir.

6  Q.      What assurance can you give the Judge and the

7  probation officer that you are going to comply with your

8  conditions and go and attend that Salvation Army program?

9  A.      All I have is my word.  I mean, I've got too much to

10  lose.  It's not really too much to lose, but I'm ready.  I'm

11  ready to get out.  I'm ready to start making a living, you

12  know.  I'm ready to start living.  If I get locked up again,

13  by the time I get out, I'm going to be old.  You know what I

14  mean?  Relatively, I'm getting older.  I need to start making

15  a living sometime.  I can't do that.  I can't begin a life if

16  I keep -- if I keep continuing what I'm doing.  It's

17  just -- I'm ready.  I'm ready to comply.  I'm ready to start

18  living.  I'm ready.

19          MR. BIGGS:  Pass the witness, Your Honor.

20          THE COURT:  Okay.  Do you have any questions you

21  want to ask him?

22          MR. GULDE:  I have no questions, Your Honor.

23          THE COURT:  Okay.  You can step down.

24          Do you have anything else you want to present by way

25  of evidence?

1           MR. BIGGS:  Yes, Your Honor.  I have a witness who
2   would like to come up and make a statement to the Court.
3           THE COURT:  You want her to just come to the
4   microphone and make a statement, or do you want her to state
5   some facts that the Court should take into account?  If so,
6   she would need to be sworn as a witness.
7           MR. BIGGS:  Your Honor, I would like her just to
8   come to the microphone and make a statement.
9           THE COURT:  Okay.  That's fine.
10          MR. BIGGS:  Your Honor, I'm calling Alicia Furtick.
11          THE COURT:  Okay.  Why don't you state your name for
12  the record and the city you live in.
13          MS. ALICIA FURTICK:  Yes, sir.  My name is Alicia
14  Reames Furtick, and I live in Grand Prairie, Texas.
15          THE COURT:  Okay.  You can make whatever statement
16  you would like to make on behalf of the defendant.
17          MS. ALICIA FURTICK:  I'm going to read it from a
18  prepared letter that I had written because --
19          THE COURT:  Okay.  That's fine.
20          MS. ALICIA FURTICK:  Dear Honorable Judge McBryde:
21          My name is Alicia Reames Furtick.  I'm the
22  girlfriend of Mr. William Ray Havner, III.
23          I met Mr. Havner in October 2012 upon his release
24  from Pollock into the VOA halfway house.  My then fiance at
25  the time and myself had been friends with his cousin for

several years, and I did everything possible to provide

Mr. Havner with toiletries and clothing upon his release.

Mr. Havner and I became close friends over time through

numerous conversations, both in person and over the phone.

Upon his release from the VOA halfway house,

Mr. Havner began helping me at my home with extensive

remodeling tasks.  My then fiance at the time was very abusive

mentally, emotionally, verbally, and physically.  On many

occasions, Mr. Havner would step in and prevent him from

hurting me.

In December of 2012, Mr. Havner assisted me in

finally removing him completely from my home and my life, as

well as saving me from a very violent attack.  Mr. Havner

remained close by my side from that point forward and this

facilitated a relationship and love that was very strong.

We had been discussing our future together and how

excited we were about everything from cooking meals together

to making the house our home.  Mr. Havner expressed numerous

times how happy he was to start a new life with me and how

deeply he loved me.  He also stated that nothing in this world

could ever make him want to go back to his old life of

confinement where his hopes and dreams of love and happiness

would be crushed.

Mr. Havner is a very fair, kind, loving,

affectionate, and benevolent soul.  He's very family-oriented,

1    and I have yet to see anyone that's come into his acquaintance

2    and didn't completely adore him from that point forward.  He's

3    an extremely hard worker and is very dedicated and

4    compassionate in all he endeavors.

5           Please consider these things when passing judgment

6    upon him.  Please consider our deep growing relationship and

7    the love and the life we've planned ahead of us.  Mr. Havner

8    will be living with me in my home upon his release, if

9    granted.

10          I was born and raised in this home, and I purchased

11   it from my father's estate three years ago after his death.

12   I'm deeply rooted in my community, and Mr. Havner has quickly

13   become a welcome face with my friends, family, and neighbors.

14          Confinement is not what Mr. Havner needs.  He needs

15   help to remain free from all his past demons and help

16   building a life full of love and happiness with people that

17   will be there for him, supporting him all the way.  If he is

18   given a chance to begin his new life with me by his side, he

19   will make sure your gift of freedom is glorified in all his

20   actions.

21          I love Tripp (phonetic) with all my heart and soul.

22   After all I've been through the past few years, I can't

23   imagine another day without him by my side.  He brings a love

24   and joy into my life that I've never experienced.  Please do

25   not deny us of that love and joy.  He is my true soulmate.

1    Thank you.

2             THE COURT:  Okay.  Thank you.

3             Okay.  You can come back to the microphone with your

4    client, Mr. Biggs.

5             Do you have anything else you wish to offer by way

6    of evidence or a statement?  You can make whatever statement

7    you would like to make now on behalf of your client,

8    Mr. Biggs.

9             MR. BIGGS:  Your Honor, this is the second time I've

10   represented Mr. Havner, and some of the remarks I made at the

11   first revocation hearing I think are appropriate here.

12            THE COURT:  They were effective the last time.

13            MR. BIGGS:  And Mr. Havner, for a very long time,

14   did very well on supervised release, and he fell down into a

15   hole and the Court showed him some leniency and he -- gave him

16   an opportunity to do an inpatient program.

17            I believe Mr. Havner was interested in doing an

18   inpatient program.  For whatever reason, he has reservations

19   about the Salvation Army program, and was, in fact, under a

20   mistaken belief that the Court did not want him to do or did

21   not require him to do the Salvation Army program.

22            He was definitely mistaken on that point, and

23   regardless of whether he was mistaken or not on that point, he

24   didn't go about -- he didn't go about, in the right way,

25   addressing that issue with his probation officer.

1          He's prepared to go and do the program.  He's

2     committed to doing it.  And as I said before, he's shown that

3     he's capable, for a long period of time, of doing well on

4     supervised release, and I would submit to the Court that this

5     is an opportunity that he won't mess up this time.

6          And if the Court does need to impose a sentence of

7     imprisonment, I would suggest a modest sentence of

8     imprisonment.  Perhaps 3 months, the equivalent to the 90-day

9     program he should have done for the Salvation Army, will let

10    him think about taking things more seriously.  And then, from

11    that point, going into the Salvation Army treatment program

12    and showing you that he can succeed and fulfill the Court's

13    obligations.

14         It is an opportunity.  He does want to take

15    advantage of it, and I know he's very sorry for what he's

16    done, and I'm sure he'll say that again to echo some of the

17    sentiments he's already expressed to the Court.  That's all I

18    have.

19         THE COURT:  Okay.  Mr. Havner, you have the right to

20    make any statement or presentation you would like to make on

21    the subject of mitigation, that is, the things you think the

22    Court should take into account in determining what sentence to

23    impose, or on the subject of sentencing more generally, and at

24    this time I'll invite you to do that.

25         THE DEFENDANT:  I'm just -- I would like to say, I

 1    really, really apologize.  I mean, it was a huge mistake on my

 2    part in not knowing -- I mean, I was fully intending on

 3    wanting to do the 90-day inpatient program.  In fact, I had

 4    asked for any other 90-day inpatient program that they could

 5    offer, other than the Salvation Army.

 6            Like I said, I was -- I was hugely mistaken when I

 7    had thought that we said that I wouldn't have to go upon my

 8    release and -- but I'm willing to go now, Your Honor.  I'm

 9    ready.  I want to get this started.  I want to start living my

10    life, again, like I said.

11            I mean, I'm just -- just asking for mercy, Your

12    Honor.  That's -- I don't know what else to say.  I made a

13    mistake.  I don't know.

14            *THE COURT:*  Anything else?

15            *THE DEFENDANT:*  And I'm sorry, Your Honor.

16            *THE COURT:*  Well, we went down this road before.

17    You had violated your conditions of supervised release in

18    several respects the last time around, including use and

19    possession of methamphetamine.

20            And you, at that time, failed to successfully

21    participate in an inpatient abuse program at the Salvation

22    Army, so you had, as one of your violations before, that lead

23    to your conditions and terms of supervised release being

24    revoked, the same problem you have here.  You just don't want

25    to abide by the rules apparently.

```
 1              And you might remember that I went out of my way to

 2   give you a very low sentence the last time you were here,

 3   based on your assurance to me that you would you participate

 4   in the inpatient drug abuse treatment program.  And then

 5   when it came time for you to do what you promised me you would

 6   do, you came up with this cock-and-bull story about me telling

 7   you, you didn't have to.  There's absolutely nothing in the

 8   record that would justify any thought like that on your part,

 9   so I think I've accurately described it as a cock-and-bull

10   story.

11              I've concluded that in order to meet the objectives

12   of sentencing or punishment, as applicable to a revocation

13   case, the factors the Court should consider in deciding on the

14   punishment in a revocation case that a sentence -- I've

15   considered, by the way, the policy statement ranges for each

16   count of 3 to 9 months, and that doesn't adequately address

17   your conduct, your disrespect for the law, and the

18   likelihood that you will continue to engage in disrespectful

19   activities of the law and engage in conduct that you shouldn't

20   engage in.

21              So I've concluded that an appropriate sentence would

22   be 17 months as to each count, to run consecutively, for a

23   total of 34 months.

24              Now, I've got some misgivings as to whether the

25   Government ought to spend anymore money trying to supervise
```

1  you, but maybe I haven't given up all hope on you because I'm

2  going to impose a term of supervised release when you get out

3  of prison of 24 months as to each of the counts, and they will

4  run concurrently, so the total term of supervised release will

5  be 24 months.

6          Now, the conditions of that supervised release will

7  be the same conditions that were in your judgment of

8  revocation and sentence that I signed in this case on

9  December 16, 2011.  And, of course, that includes the

10  participation in the inpatient program -- by the way, is he

11  current on his restitution payments?

12          *PROBATION:*  No, Your Honor.  No.

13          *THE COURT:*  Pardon?

14          *PROBATION:*  No, sir.

15          *THE DEFENDANT:*  It's paid off.

16          *PROBATION:*  Huh?

17          *THE DEFENDANT:*  It's paid off.

18          *PROBATION:*  Oh, I'm sorry.

19          *THE DEFENDANT:*  I've paid it off.

20          *PROBATION:*  You know what, I have it right here, and

21  it's been paid off.  I was looking at something else earlier,

22  Your Honor.  Because it was joint and several, it has been

23  paid off in full.

24          *THE COURT:*  Others have paid on it?

25          *THE DEFENDANT:*  No, I have.

1          *PROBATION:*  He paid some on it, yes.

2          *THE COURT:*  Okay.  But it's paid off?

3          *PROBATION:*  But it's been resolved through the

4     clerk's office, joint and several.

5          *THE COURT:*  Okay.  Then we'll leave out special

6     condition of supervision number 4 that was in that judgment of

7     revocation and sentence that I signed December 16, 2011, and

8     that's the condition that had to do with making payment on any

9     unpaid balance of the supervised release.

10          Okay.  I've concluded that a sentence of the kind

11    I've imposed is an appropriate sentence that adequately

12    addresses all of the factors that the Court should consider

13    under 18 United States Code Section 3553(a) in a revocation

14    context.  Of course, there's some of the -- some parts of that

15    statute are not applicable in a revocation.

16          Mr. Havner, you have the right to appeal from the

17    sentence I've imposed, if you're dissatisfied with it.  That

18    appeal would be to the United States Court of Appeals for the

19    Fifth Circuit.

20          You have the right to appeal in forma pauperis, that

21    means without any cost to you, if you qualify for it.  You

22    have the right to have the clerk of court file a notice of

23    appeal for you, and the clerk would do that forthwith, if you

24    were to specifically request it.

25          Okay.  The defendant's remanded to custody and the

1   attorneys are excused.

2          *MR. BIGGS:*  Your Honor, I would object to the

3   sentence as unreasonable.

4          *(End of Proceedings)*

5                    **REPORTER'S CERTIFICATE**

6        I, Debra G. Saenz, CSR, RMR, CRR, certify that the

7   foregoing is a true and correct transcript from the record

8   of proceedings in the foregoing entitled matter.

9        I further certify that the transcript fees format

10  comply with those prescribed by the Court and the Judicial

11  Conference of the United States.

12       Signed this 1st day of April, 2013.

13

14                         /s/ Debra G. Saenz

15                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
16                         Official Court Reporter
                           The Northern District of Texas
17                         Fort Worth Division

18

19  CSR Expires:       12/31/13

20  Business Address:  501 W. 10th Street, Room 424
                       Fort Worth, Texas  76102
21

22  Telephone:         817.850.6661

23  E-Mail Address:    debbie.saenz@yahoo.com

24

25

**/**

/s [1] 24/14

**0**

03 [1] 1/7

**1**

100 percent [2] 13/13 13/21
10th [2] 1/21 24/20
11 [3] 2/3 2/4 2/6
110 percent [1] 13/21
12/31/13 [1] 24/19
13 [1] 24/19
14 [2] 1/6 3/2
15 [1] 2/8
16 [2] 22/9 23/7
17 [1] 21/22
1700 [1] 1/15
18 [2] 2/9 23/13
19 [1] 2/10
1st [1] 24/12

**2**

20 [1] 2/11
2011 [3] 8/6 22/9 23/7
2012 [3] 9/2 15/23 16/11
2013 [3] 1/6 3/2 24/12
24 [4] 2/12 2/13 22/3 22/5
25 [1] 2/14
29 [2] 7/7 7/17
2:04 [2] 1/8 3/2

**3**

3158 [1] 24/15
34 [1] 21/23
3553 [1] 23/13
36 [2] 6/11 6/17

**4**

424 [2] 1/21 24/20
4:02-CR-203-A [2] 1/4 3/14

**5**

501 [2] 1/21 24/20
53 [3] 7/9 7/17 7/22

**6**

60 [4] 6/12 6/15 6/17 6/23
6882 [1] 1/16

**7**

76102 [3] 1/19 1/22 24/20
76102-6882 [1] 1/16

**8**

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 24/22
817.978.2753 [1] 1/20
819 [1] 1/19
82 [1] 7/19

**9**

90-day [5] 12/15 13/14 19/8 20/3 20/4
9A10 [1] 1/19

**A**

abide [1] 20/25
ability [1] 9/14
about [10] 8/4 12/22 13/11 14/3 16/17
18/19 18/24 18/24 19/10 21/6
about -- he [1] 18/24
absolutely [1] 21/7

abuse [2] 20/21 21/4
abusive [1] 16/7
accept [2] 7/13 11/2
account [2] 15/5 19/22
accurate [2] 5/17 7/14
accurately [1] 21/9
acquaintance [1] 17/1
Act [2] 5/20 6/10
actions [1] 17/20
activities [1] 21/19
actually [1] 11/10
address [3] 21/16 24/20 24/23
addresses [1] 23/12
addressing [1] 18/25
adequately [2] 21/16 23/11
admission [6] 5/6 5/11 10/15 10/16
10/21 11/2
admit [7] 4/6 4/12 4/24 7/25 10/12 10/19
10/23
adore [1] 17/2
advantage [1] 19/15
affectionate [1] 16/25
after [2] 17/11 17/22
afternoon [2] 3/10 3/11
again [3] 14/12 19/16 20/10
ago [4] 8/6 9/12 12/7 17/11
agree [1] 7/3
ahead [1] 17/7
alcohol [1] 10/9
Alicia [1] 2/8 15/10 15/13 15/21
all [13] 3/3 7/25 13/22 14/9 17/4 17/15
17/17 17/19 17/21 17/22 19/17 22/1
23/12
allegations [7] 4/7 4/10 4/12 7/15 8/1
10/13 10/20
alleged [2] 5/2 11/6
already [1] 23/13
also [3] 6/13 7/20 16/20
Amen [1] 3/8
amended [1] 5/21
AMERICA [2] 1/4 3/14
another [2] 17/17 17/23
any [11] 4/7 9/8 10/3 10/9 10/11 14/20
19/20 20/4 21/8 23/8 23/21
anymore [1] 21/25
anyone [1] 17/1
anything [5] 8/9 11/8 14/24 18/5 20/14
apologize [1] 20/1
apparently [1] 7/3 20/25
appeal [4] 23/16 23/18 23/20 23/23
Appeals [1] 23/18
applicable [2] 21/12 23/15
appropriate [3] 18/11 21/21 23/11
April [1] 24/12
are [13] 4/13 5/17 7/6 8/8 9/4 10/9
13/19 13/22 13/23 14/7 18/11 23/15
24/1
Army [17] 12/5 12/13 12/17 13/5 13/9
13/17 13/18 13/19 13/24 14/3 14/8
18/19 18/21 19/9 19/11 20/5 20/22
arose [1] 5/20
around [1] 20/18
as [22] 5/13 5/13 7/4 7/6 7/8 7/14 7/16
7/17 7/18 7/20 11/21 15/6 16/12 16/13
19/2 20/22 21/9 21/12 21/22 21/24 22/3
24/3
ask [2] 10/23 14/21
asked [1] 20/4
asking [1] 20/11
ASSISTANT [1] 1/18
assisted [1] 16/11
assurance [2] 14/6 21/3
attack [1] 16/13

attend [1] 14/8
attending [1] 13/9
attorney [3] 4/11 7/5 7/14
attorneys [1] 24/1
available [2] 5/22 6/1
aware [1] 13/15

**B**

back [2] 16/21 18/3
balance [1] 23/9
based [3] 5/19 12/18 21/3
basically [2] 12/12 13/7
be [31]
be -- let's [1] 7/21
became [1] 16/3
because [3] 15/18 22/1 22/22
become [1] 17/13
been [12] 6/24 8/4 8/6 8/14 8/16 11/21
15/25 16/16 17/22 22/21 22/22 23/3
before [5] 1/11 8/5 19/2 20/16 20/22
began [1] 16/6
begin [2] 14/15 17/18
behalf [2] 15/16 18/7
being [1] 20/23
belief [6] 12/11 12/13 12/21 12/23 14/2
18/20
believe [6] 5/17 5/18 5/21 5/24 6/9
18/17
believe -- this [1] 6/9
benevolent [1] 16/25
better [2] 9/18 10/2
BIGGS [13] 1/17 2/6 2/9 3/18 3/20 3/23
4/19 7/10 10/12 11/9 11/23 18/4 18/8
Bill [1] 4/1
bipolar [4] 8/12 9/6 9/6 9/14
bit [1] 9/16
bless [1] 3/7
born [1] 17/10
both [4] 4/3 4/10 7/3 16/4
bring [1] 8/7
brings [1] 17/23
building [1] 17/16
bull [2] 21/6 21/9
Business [1] 24/20

**C**

calculated [2] 6/11 6/11
calculation [1] 6/24
call [1] 11/13
calling [1] 15/10
came [2] 21/5 21/6
can [6] 14/6 14/23 15/15 18/3 18/6
19/12
can't [3] 14/15 14/15 17/22
capable [1] 19/3
care [3] 8/8 8/13 8/15
carefully [1] 4/17
case [5] 1/4 6/10 21/13 21/14 22/8
Certificate [2] 2/13 24/5
certify [2] 24/6 24/9
chance [1] 17/18
change [3] 6/15 7/1 7/12
changed [2] 6/14 6/16
Cherry [1] 1/15
Circuit [1] 23/19
city [1] 15/12
clerk [2] 23/22 23/23
clerk's [1] 23/4
client [5] 3/19 3/24 4/6 18/4 18/7
client's [1] 10/12
close [2] 16/3 16/14
clothing [1] 16/2
cock [2] 21/6 21/9

**C**

cock-and-bull [2] 21/6 21/9
Code [1] 23/13
come [7] 3/19 11/18 15/2 15/3 15/8 17/1 18/3
committed [1] 19/2
communicate [1] 12/11
community [1] 17/12
compassionate [1] 17/4
competent [2] 10/12 10/19
completely [2] 16/12 17/2
comply [4] 13/22 14/7 14/17 24/10
computer [1] 1/25
concluded [3] 21/11 21/21 23/10
concurrently [2] 7/23 22/4
condition [4] 9/5 9/14 23/6 23/8
conditions [8] 5/1 5/7 11/5 14/8 20/17 20/23 22/6 22/7
conduct [2] 21/17 21/19
Conference [1] 24/11
confinement [2] 16/22 17/14
consecutively [3] 5/14 7/19 21/22
consider [4] 17/5 17/6 21/13 23/12
considered [1] 21/15
contemplating [1] 13/8
contending [1] 7/10
context [1] 23/14
continue [1] 21/18
continuing [1] 14/16
conversations [1] 16/4
cooking [1] 16/17
copy [1] 12/25
correct [4] 4/13 6/21 13/10 24/7
cost [1] 23/21
could [6] 5/14 7/18 7/21 7/22 16/21 20/4
count [12] 5/13 5/13 5/19 6/4 6/17 7/6 7/8 7/17 7/18 7/22 21/16 21/22
counts [1] 22/3
course [3] 7/23 22/9 23/14
court [23] 1/1 1/11 1/21 2/11 3/5 3/8 5/1 6/13 13/4 15/2 15/5 18/15 18/20 19/4 19/6 19/17 19/22 21/13 23/12 23/18 23/22 24/10 24/14
Court's [2] 2/4 19/12
cousin [1] 15/25
CR [2] 1/4 3/14
Crime [1] 4/1
CRR [3] 1/21 24/6 24/15
crushed [1] 16/23
CSR [5] 1/21 24/6 24/15 24/15 24/19
current [1] 22/11
custody [4] 5/22 6/1 6/25 23/25

**D**

Dallas [1] 8/19
date [1] 8/7
dates [1] 6/16
day [7] 12/5 13/14 17/23 19/8 20/3 20/4 24/12
days [1] 12/7
Dear [1] 15/20
death [1] 17/11
debbie.saenz [2] 1/23 24/23
DEBRA [4] 1/21 24/6 24/14 24/15
December [4] 8/6 16/11 22/9 23/7
December 16 [2] 22/9 23/7
deciding [1] 21/13
decisions [1] 9/15
dedicated [1] 17/3
deduct [1] 6/25
deducted [2] 5/22 5/25
deep [1] 17/6

deeply [2] 16/20 17/12
defendant [8] 1/8 1/17 2/10 3/18 7/5 10/19 11/5 15/16
defendant's [3] 2/3 7/5 23/25
DEFENDER [1] 1/18
definitely [1] 18/22
demons [1] 17/15
deny [1] 17/25
DEPARTMENT [1] 1/14
described [1] 21/9
determine [1] 12/1
determining [1] 19/22
did [18] 3/23 4/3 4/19 4/22 8/22 8/24 9/10 12/11 12/12 12/13 12/22 12/25 12/25 14/4 16/1 18/14 18/20 18/20
didn't [8] 13/4 13/16 14/2 14/3 17/2 18/24 18/24 21/7
Direct [2] 2/6 11/22
directly [1] 10/23
discuss [2] 4/4 4/19
discussed [1] 12/16
discussing [1] 16/16
disorder [1] 9/6
disrespect [1] 21/17
disrespectful [1] 21/18
dissatisfied [1] 23/17
DISTRICT [8] 1/1 1/2 1/11 1/15 1/18 3/5 3/5 24/16
DIVISION [2] 1/3 24/17
do [34]
does [10] 4/6 9/13 9/17 9/17 9/24 13/3 13/3 13/3 19/6 19/14
doesn't [1] 21/25
doing [6] 10/5 10/6 14/16 18/17 19/2 19/3
don't [6] 3/19 7/2 15/11 20/12 20/13 20/24
done [1] 19/9 19/16
down [14] 3/18 18/14 20/16
dreams [1] 16/22
drug [2] 10/9 21/4
duly [1] 11/21

**E**

E-Mail [2] 1/23 24/23
each [8] 4/4 5/2 6/4 6/19 11/6 21/15 21/22 22/3
earlier [3] 12/9 12/25 22/21
echo [1] 19/16
effective [1] 18/12
else [5] 14/24 18/5 20/12 20/14 22/21
emotionally [1] 16/8
End [1] 24/4
endeavors [1] 17/4
engage [3] 21/18 21/19 21/20
entitled [1] 24/8
equivalent [1] 19/8
estate [1] 17/11
ever [1] 16/21
everything [4] 4/17 4/25 10/24 11/3 11/4 16/1 16/17
evidence [3] 11/11 14/25 18/6
exactly [2] 6/16 10/4
Examination [2] 2/6 11/22
excited [1] 16/17
excused [1] 24/1
experienced [1] 17/24
Expires [1] 24/19
expressed [2] 16/18 19/17
extensive [1] 16/6
extremely [1] 17/3

**F**

face [1] 17/13

facilitated [1] 16/15
fact [5] 5/20 6/1 9/24 18/19 20/3
factors [2] 21/13 23/13
facts [1] 15/5
failed [1] 20/20
failing [1] 12/4
fair [1] 16/24
family [2] 16/25 17/13
family-oriented [1] 16/25
father's [1] 17/11
FEBRUARY [3] 1/6 3/2 3/25
February 5 [1] 3/25
FEDERAL [1] 1/18
fees [1] 24/9
fell [1] 18/14
felony [2] 6/12 6/15
few [2] 12/7 17/22
fiance [2] 15/24 16/7
Fifth [1] 23/19
figures [1] 5/17
file [1] 23/22
filed [1] 3/25
finally [1] 16/12
find [5] 5/1 10/18 10/21 11/3 11/4
Findings [1] 2/4
fine [2] 15/9 15/19
first [6] 5/18 6/4 6/17 6/20 11/21 18/11
follows [1] 11/21
foregoing [2] 24/7 24/8
form [1] 5/12
forma [1] 23/20
format [1] 24/9
FORT [8] 1/3 1/5 1/16 1/19 1/22 3/5 24/17 24/20
forthwith [1] 23/23
forward [2] 16/14 17/2
free [1] 17/19
freedom [1] 17/19
friends [3] 15/25 16/3 17/13
fulfill [1] 19/12
full [3] 3/21 17/16 22/23
fully [3] 10/12 10/19 20/2
further [2] 7/21 24/9
Furtick [4] 2/8 15/10 15/14 15/21
future [1] 16/16

**G**

gave [1] 18/15
generally [2] 6/23 19/23
get [6] 8/3 14/11 14/12 14/13 20/9 22/2
getting [1] 14/14
gift [1] 17/19
girlfriend [1] 15/22
give [4] 12/25 13/21 14/6 21/2
given [4] 13/23 13/25 17/18 22/1
glorified [1] 17/19
go [13] 8/13 12/13 13/4 13/23 14/2 14/3 14/8 16/21 18/24 18/24 19/1 20/7 20/8
God [1] 3/7
going [11] 7/2 7/12 7/13 10/18 12/15 13/22 14/7 14/13 15/17 19/11 22/2
good [2] 3/10 13/7
got [4] 6/3 8/5 14/9 21/24
Government [4] 1/5 1/14 3/16 21/25
grade [1] 6/15
Grand [1] 15/14
granted [1] 17/9
growing [1] 17/6
GULDE [2] 1/14 3/16

**H**

had [10] 6/14 14/2 15/18 15/25 16/16 20/3 20/7 20/17 20/22 23/8

# H

hadn't [1] 8/4
halfway [2] 15/24 16/5
hand [1] 11/15
happiness [1] 16/22 17/16
happy [1] 16/19
hard [1] 17/3
has [5] 4/11 5/22 17/12 18/18 22/22
have [35]
haven't [1] 22/1
having [5] 5/6 5/7 11/21
HAVNER [31]
he [32]
he -- gave [1] 18/15
he -- that [1] 12/12
he'll [1] 19/16
he's [6] 6/18 11/7 16/25 17/2 19/1 19/1
19/2 19/3 19/15 19/15 19/17
Health [1] 8/20
hear [3] 4/4 3/4 3/4
hearing [5] 1/10 12/19 13/1 13/8 18/11
hearings [1] 3/12
heart [1] 17/21
help [3] 6/6 17/15 17/15
helping [1] 16/6
her [7] 8/23 8/24 8/25 9/5 15/3 15/4
15/7
here [31] 3/16 3/17 3/18 6/13 8/5 8/22
12/1 18/11 20/24 21/2 22/20
him [15] 3/17 14/21 16/9 16/12 16/21
17/2 17/6 17/17 17/17 17/23 18/15
18/15 18/20 18/21 19/10
his [20] 5/23 6/17 6/17 6/20 11/5 15/23
15/25 16/2 16/5 16/21 16/22 17/1 17/8
17/11 17/15 17/18 17/18 17/19 18/25
22/11
hole [1] 18/15
home [5] 16/6 16/12 16/18 17/8 17/10
Honor [33]
HONORABLE [4] 1/11 3/6 3/8 15/20
hope [1] 22/1
hopes [1] 16/22
house [3] 15/24 16/5 16/18
how [6] 8/22 9/17 12/18 16/16 16/19
16/19
However [1] 6/13
huge [1] 20/1
hugely [1] 20/6
Huh [1] 22/16
hurting [1] 16/10

# I

I -- I [1] 7/1
I'll [5] 3/13 10/23 11/2 13/21 19/24
I'm [32]
I've [17] 7/13 8/14 8/14 8/23 14/9 17/22
17/24 18/9 21/9 21/11 21/14 21/21
21/24 22/19 23/10 23/11 23/17
III [7] 1/7 2/5 3/15 3/22 11/20 11/25
15/22
imagine [1] 17/23
impose [3] 19/6 19/23 22/2
imposed [3] 5/8 23/11 23/17
imprisonment [4] 5/12 7/16 19/7 19/8
includes [1] 22/9
including [1] 20/18
independent [1] 7/2
Index [1] 2/14
indicate [2] 13/3 13/4
indicate -- does [1] 13/3
indicated [2] 4/12 6/14
influence [1] 10/9

information [2] 8/4 8/5
inpatient [10] 12/5 12/15 13/14 18/16
18/18 20/3 20/1 20/8 20/1 22/10
intelligent [1] 10/16 10/22
intending [1] 20/2
intention [1] 4/14
interested [1] 18/17
interfere [1] 9/14
interject [1] 5/16
invite [1] 19/24
is [39]
isn't [1] 12/2
issue [2] 11/11 18/25
it [46]
it's [12] 3/14 3/22 5/17 8/12 13/16 14/10
14/16 22/15 22/17 22/21 23/2 23/3
items [1] 4/4

# J

JOHN [2] 1/11 3/6
joint [2] 22/22 23/4
joy [2] 17/24 17/25
JUDGE [7] 1/11 12/11 13/3 13/10 14/2
14/6 15/20
Judge -- does [1] 13/3
judgment [3] 17/5 22/7 23/6
Judicial [1] 24/10
just [13] 6/8 6/10 8/6 12/4 12/16 13/16
14/17 15/3 15/7 19/25 20/11 20/11
20/24
just -- I [1] 19/25
just -- I'm [1] 14/17
just -- just [1] 20/11
JUSTICE [1] 1/14
justify [1] 21/8

# K

keep [2] 14/16 14/16
keep -- if [1] 14/16
kind [3] 10/9 16/24 23/10
knew [1] 12/15
know [11] 4/17 4/20 10/4 10/6 13/16
14/12 14/13 19/15 20/12 20/13 22/20
knowing [3] 15/24 16/10 10/22 20/2
knowing -- I [1] 20/2

# L

lady [1] 8/18
last [7] 8/24 8/25 9/10 9/11 18/12 20/18
21/2
law [2] 21/17 21/19
lead [1] 20/22
leave [1] 23/5
legal [1] 4/20
length [1] 18/15
leniency [1] 18/15
let's [2] 3/7 7/1 8/3 8/6 19/9
letter [1] 15/18
life [9] 14/15 16/12 16/19 16/21 17/7
17/16 17/18 17/24 20/10
like [15] 7/7 7/9 7/22 11/1 11/12 11/13
15/2 15/7 15/16 18/7 19/20 19/25 20/6
20/10 21/25
likelihood [1] 21/18
little [2] 8/6 9/16
live [2] 15/12 15/14
living [6] 14/11 14/12 14/15 14/18 17/8
20/9
locked [1] 14/12
long [3] 8/4 18/13 19/3
looking [1] 22/21
looks [3] 7/7 7/9 7/22

lose [2] 14/10 14/10
love [7] 16/15 16/22 17/7 17/16 17/21
17/23 17/25
loved [1] 16/20
loving [1] 16/24
low [1] 21/2

# M

made [4] 5/14 7/18 18/10 20/12
Mail [2] 1/23 24/23
make [15] 5/5 5/10 9/15 9/17 15/2 15/4
15/8 15/15 15/16 16/21 17/19 18/6 18/7
19/20 19/20
makes [2] 10/1 10/21
making [4] 14/11 14/14 16/18 23/8
manner [1] 3/24
many [2] 8/22 16/8
matter [1] 24/8
MATTHEW [1] 1/14
maximum [3] 6/1 6/2 7/4
may [2] 5/16 11/19
maybe [1] 22/1
McBRYDE [5] 1/11 3/6 12/12 13/10
15/20
me [19] 6/6 6/14 7/1 7/22 8/3 8/7 10/1
12/11 16/6 16/10 16/11 16/13 16/16
16/20 17/8 17/18 21/3 21/5 21/6
meals [1] 16/17
mean [7] 5/23 12/20 14/9 14/14 20/1
20/2 20/11
meaning [1] 4/20
means [1] 23/21
mechanical [1] 1/24
medication [6] 9/8 9/11 9/13 9/20 9/23
9/25
meet [1] 21/11
Mental [2] 8/20 8/20
mentally [1] 16/8
Mercer [1] 13/10
mercy [1] 20/11
mess [1] 19/5
met [1] 15/23
methamphetamine [1] 20/19
Metro [1] 8/19
MHMR [2] 8/18 8/20
microphone [4] 3/20 15/4 15/8 18/3
might [2] 6/6 21/1
mind [1] 10/4
minus [5] 5/18 5/19 6/23 7/7 7/8
misgivings [1] 21/24
mistake [3] 13/12 20/1 20/13
mistaken [5] 13/6 18/20 18/22 18/23
20/6
mitigation [1] 19/21
modest [1] 19/7
money [1] 21/25
months [22] 5/18 5/19 6/4 6/11 6/12
6/15 6/19 6/23 7/7 7/7 7/8 7/9 7/17 7/18
7/19 7/22 19/8 21/16 21/22 21/23 22/3
22/5
more [3] 8/3 19/10 19/23
motion [13] 3/24 4/7 4/13 4/16 4/25 5/3
7/15 8/1 10/13 10/20 10/24 11/3 11/6
motions [1] 3/12
MR [5] 1/14 1/17 2/6 2/9 11/23
Mr. [36]
Mr. Biggs [9] 3/18 3/20 3/23 4/19 7/10
10/12 11/9 18/4 18/8
Mr. Gulde [1] 3/16
Mr. Havner [24] 3/21 4/11 7/13 10/23
11/14 11/16 12/7 15/23 16/2 16/3 16/6
16/9 16/11 16/13 16/18 16/24 17/7
17/12 17/14 18/10 18/13 18/17 19/19

## M

Mr. Hayner [1] 23/16
Mr. Mercer [1] 13/10
Mr. William [1] 15/22
MS [2] 1/21 2/8
Ms. [2] 3/17 6/7
Ms. Thompson [2] 3/17 6/7
much [3] 12/14 14/9 14/10
much -- true [1] 12/14
must [1] 5/25
my [28]
myself [1] 15/25

## N

name [5] 3/21 11/24 15/11 15/13 15/21
need [3] 14/14 15/6 19/6
needed [1] 6/14
needs [2] 17/14 17/14
neighbors [1] 17/13
never [1] 17/24
new [2] 16/19 17/18
no [16] 1/4 8/15 9/24 10/1 10/6 10/10 10/14 10/17 13/6 14/5 14/22 22/12 22/12 22/14 22/25 24/15
NORTHERN [5] 1/2 1/15 1/18 3/5 24/16
not [22] 5/17 6/9 6/15 8/12 8/14 9/19 9/22 10/4 10/8 10/12 10/15 12/12 12/13 14/2 14/10 17/14 17/25 18/20 18/21 18/23 20/2 23/15
not -- basically [1] 12/12
nothing [2] 16/20 21/7
notice [1] 23/22
November [1] 9/1
now [10] 3/6 7/6 7/24 8/8 10/4 10/9 18/7 20/8 21/24 22/6
number [2] 3/13 23/6
numerous [2] 16/4 16/18

## O

object [1] 24/2
Objection [1] 2/12
objectives [1] 21/11
obligations [1] 19/13
occasions [1] 16/9
October [1] 15/23
October 2012 [1] 15/23
off [6] 22/15 22/17 22/19 22/21 22/23 23/2
offense [1] 5/20
offer [4] 11/11 11/12 18/5 20/5
office [2] 3/17 23/4
officer [4] 7/6 12/22 14/7 18/25
Official [1] 24/16
oh [3] 10/1 10/1 22/18
Okay [31]
Okay. [1] 15/15
Okay.  You [1] 15/15
old [2] 14/13 16/21
older [1] 14/14
one [3] 8/15 10/22 20/22
opportunity [5] 13/23 13/25 18/16 19/5 19/14
order [1] 21/11
oriented [1] 16/25
originally [2] 6/11 6/16
other [5] 4/4 6/12 13/17 20/4 20/5
Others [1] 22/24
ought [2] 6/19 21/25
our [3] 16/16 16/18 17/6
out [7] 5/22 8/14 14/11 14/13 21/1 22/2 23/5
over [4] 4/17 8/6 16/3 16/4

## P

p.m [3] 1/8 3/2
PAGE [1] 2/2
paid [8] 22/15 22/17 22/19 22/21 22/23 22/24 23/1 23/2
Pardon [2] 9/21 22/13
part [2] 20/2 21/8
participate [4] 13/19 13/24 20/21 21/3
participation [2] 22/10
parts [1] 23/14
Pass [1] 14/19
passing [1] 17/5
past [2] 17/15 17/22
pauperis [1] 23/20
payment [1] 23/8
payments [1] 22/11
penalties [1] 7/25
penalty [1] 7/22
people [1] 17/16
per [1] 7/22
percent [3] 13/13 13/21 13/21
Perhaps [1] 19/8
period [1] 19/3
person [1] 16/4
personal [2] 8/3 8/5
phone [1] 16/4
phonetic [1] 17/21
physically [1] 16/8
physician [2] 8/8 8/13
place [1] 13/17
plan [2] 4/6 4/12
planned [1] 17/7
plans [1] 4/9
plea [1] 2/3
plead [2] 4/9 7/14
please [4] 11/24 17/5 17/6 17/24
pled [1] 12/4
point [6] 6/2 16/14 17/2 18/22 18/23 19/11
policy [1] 21/15
Pollock [1] 15/24
portion [1] 13/7
possession [2] 20/19
possible [1] 16/1
Post [1] 4/1
Post-Crime [1] 4/1
Prairie [1] 15/14
pray [1] 3/7
precisely [1] 5/17
prepared [2] 13/19 15/18 19/1
prescribed [1] 24/10
present [1] 14/24
presentation [1] 19/20
presiding [1] 3/6
prevent [1] 16/9
previous [1] 18/10
prior [5] 5/20 5/23 5/25 6/10 13/1
prison [1] 22/3
probation [5] 3/17 7/6 12/22 14/7 18/25
problem [1] 20/24
proceed [1] 11/19
PROCEEDING [1] 2/2
proceedings [3] 1/24 24/4 24/8
produced [1] 1/25
program [18] 12/5 12/15 13/9 13/15 13/20 13/24 14/8 18/16 18/18 18/19 18/21 19/1 19/9 19/11 20/4 20/21 21/4 22/10
program -- by [1] 22/10
program. [1] 20/3
program.  In [1] 20/3
promised [1] 21/5

## P (cont.)

prospect [1] 13/8
Protect [2] 5/20 6/10
provide [1] 16/1
psychiatrist [1] 8/9
psychologist [2] 8/13 8/14
PUBLIC [1] 1/18
punishment [6] 5/8 5/11 6/20 7/17 21/12 21/14
punishments [1] 7/25
purchased [1] 17/10

## Q

qualify [1] 23/21
questions [2] 14/20 14/22
quickly [1] 17/12

## R

Raise [1] 11/15
raised [1] 17/10
ranges [1] 21/15
RAY [1] 1/7 2/5 3/15 3/22 11/20 11/25 15/22
read [3] 4/3 4/16 15/17
ready [9] 14/10 14/11 14/11 14/12 14/17 14/17 14/17 14/18 20/9
realize [1] 14/1
really [5] 8/12 14/3 14/10 20/1 20/1
Reames [2] 2/8 15/14 15/21
reason [4] 9/14 10/3 10/11 18/18
receive [1] 3/24
received [1] 6/20
recollection [1] 12/19
record [4] 11/24 15/12 21/8 24/7
reduce [1] 6/19
regardless [1] 18/23
relationship [2] 16/15 17/6
Relatively [1] 14/14
release [28]
remain [1] 17/15
remained [1] 16/14
remanded [1] 23/25
remarks [1] 18/10
remember [1] 21/1
remodeling [1] 16/7
removing [1] 16/12
report [2] 4/1 12/4
reported [1] 1/24
REPORTER [2] 1/21 24/16
Reporter's [2] 2/13 24/5
represented [1] 18/10
request [1] 23/24
require [1] 18/21
requirements [1] 13/23
research [1] 7/3
reservations [1] 18/18
resolved [1] 23/3
respects [3] 5/2 11/6 20/18
restitution [1] 22/11
Retardation [1] 8/20
revocation [18] 1/10 5/18 5/23 6/4 6/20 6/24 11/7 11/9 12/19 13/1 13/8 18/11 21/12 21/14 22/8 23/7 23/13 23/15
revocations [1] 5/25
revoke [12] 3/13 3/24 4/8 4/13 4/16 4/25 7/15 8/1 10/13 10/20 10/24 11/3
revoked [3] 5/7 12/2 20/24
right [11] 11/15 12/5 12/7 13/9 14/3 18/24 19/19 22/20 23/16 23/20 23/22
rise [1] 3/3
RMR [3] 1/21 24/6 24/15
road [1] 20/16
Room [3] 1/19 1/21 24/20
rooted [1] 17/12

**R**

rules [1] 20/25
run [5] 5/14 7/18 7/23 21/22 22/4

**S**

SAENZ [4]  1/21 24/6 24/14 24/15
said [7]  6/8 7/14 14/2 19/2 20/6 20/7 20/10
Salvation [17]  12/5 12/13 12/17 13/4 13/9 13/16 13/18 13/19 13/24 14/3 14/8 18/19 18/21 19/9 19/11 20/5 20/21
same [2]  20/24 22/7
saving [1]  16/13
saw [1]  8/25
say [6]  9/5 9/24 11/8 19/16 19/25 20/12
saying [2]  6/18 7/6
says [3]  4/17 10/25 11/4
seated [2]  3/9 11/18
second [2]  6/17 18/9
Section [1]  23/13
see [5]  6/3 7/21 8/22 8/24 17/1
seeing [1]  9/5
seen [3]  8/14 8/17 8/23
sentence [16]  2/11 2/12 5/19 6/25 19/6 19/7 19/22 21/2 21/14 21/21 22/8 23/7 23/10 23/11 23/17 24/3
sentence -- I've [1]  21/14
sentences [1]  5/25
sentencing [3]  2/7 19/23 21/12
sentiments [1]  19/17
seriously [1]  19/10
session [1]  3/6
several [4]  16/1 20/18 22/22 23/4
she [2]  8/19 15/6
should [1]  11/9 12/2 15/5 19/9 19/22 21/13 23/12
shouldn't [1]  21/19
showed [1]  18/15
showing [1]  19/12
shown [1]  19/2
side [3]  16/14 17/18 17/23
signed [3]  22/8 23/7 24/12
since [1]  8/14
sir [21]  4/15 4/18 8/10 8/21 9/3 9/16 10/1 10/2 10/6 10/7 12/3 12/6 12/21 12/24 13/11 13/13 13/21 13/25 14/5 15/13 22/14
so [11]  4/17 4/19 5/21 6/15 10/23 12/14 15/5 20/22 21/9 21/21 22/4
some [10]  8/3 11/11 15/5 18/10 18/15 19/16 21/24 23/1 23/14 23/14
some of [1]  23/14
something [1]  22/21
sometime [1]  14/15
sorry [3]  19/15 20/15 22/18
soul [1]  16/25 17/21
soulmate [1]  17/25
sound [1]  10/4
speak [1]  12/22
special [1]  23/5
specifically [1]  23/24
spend [1]  21/25
spoke [1]  12/7
stand [1]  11/14
start [3]  13/4 14/11 14/12 14/14 14/17 16/19 20/9
started [1]  20/9
state [3]  11/24 15/4 15/11
stated [1]  16/20
statement [8]  15/2 15/4 15/8 15/15 18/6 18/6 19/20 21/15
STATEMENTS [1]  2/7

**STATES** [10]  1/1 1/4 1/11 1/14 3/4 3/7 3/14 23/13 23/18 24/11
statute [2]  5/21 23/15
statutory [2]  6/1 6/2
stenography [1]  1/24
step [2]  14/23 16/9
story [2]  21/6 21/10
Street [4]  1/15 1/19 1/21 24/20
strong [1]  16/15
subject [6]  5/6 7/20 11/7 11/8 19/21 19/23
subjecting [3]  5/11 7/16 7/24
submit [1]  19/4
succeed [1]  19/12
successfully [1]  20/20
such [4]  5/6 5/11 10/15 10/21
suggest [1]  19/7
Suite [1]  1/15
supervise [1]  21/25
supervised [23]  3/13 3/25 4/1 4/13 4/25 5/2 5/7 5/21 7/15 7/21 10/20 10/24 11/4 11/5 12/2 18/14 19/4 20/17 20/23 22/2 22/4 22/6 23/9
supervision [1]  23/6
supervisor [1]  6/13
supporting [1]  17/17
sure [3]  6/16 17/19 19/16
sworn [3]  11/17 11/21 15/6

**T**

take [7]  6/23 7/2 9/10 9/25 15/5 19/14 19/22
taken [1]  9/7
taking [5]  9/4 9/19 9/22 9/25 19/10
taking -- what's [1]  9/4
talked [1]  13/11
tasks [1]  16/7
Taylor [1]  1/19
Telephone [4]  1/16 1/20 1/22 24/22
telling [1]  21/6
term [12]  3/24 4/13 4/25 5/12 5/12 7/15 7/17 10/20 10/24 11/3 22/2 22/4
term -- in [1]  5/12
terms [1]  5/7 20/23
testified [1]  11/21
TESTIMONY [1]  2/5
TEXAS [12]  1/2 1/5 1/15 1/16 1/18 1/19 1/22 3/5 15/24 24/15 24/16 24/20
than [2]  13/17 20/5
Thank [2]  18/1 18/2
that [143]
that -- was [1]  13/12
that's [7]  6/21 15/9 15/19 17/1 19/17 20/12 23/8
That's -- I [1]  20/12
the -- a [1]  13/7
the -- basically [1]  13/7
the -- the [1]  7/5
them [2]  4/4 5/8
then [7]  4/4 7/13 15/24 16/7 19/10 21/4 23/5
theory [1]  13/14
there [2]  11/9 17/17
there's [2]  21/7 23/14
these [3]  3/7 5/17 17/5
they [5]  7/23 13/11 18/12 20/4 22/3
things [4]  4/20 17/5 19/10 19/21
think [7]  7/2 10/3 10/11 18/11 19/10 19/21 21/9
thinks [1]  6/18
this [18]  3/7 4/16 5/20 6/6 6/9 10/24 16/14 16/20 17/10 18/9 19/4 19/5 19/24 20/9 20/16 21/6 22/8 24/12

Thompson [2]  3/17 6/7
those [6]  4/3 5/13 6/19 7/18 7/25 24/10
though [7] 7/6 8 6/22 13/16 13/16 13/17 20/7 21/8
three [2]  9/11 17/11
through [3]  16/3 17/22 23/3
time [16]  7/2 8/25 14/13 15/25 16/3 16/7 18/9 18/12 18/13 19/3 19/5 19/24 20/18 20/20 21/2 21/5
timely [1]  3/24
times [2]  8/22 16/19
to -- [1]  10/18
today [3]  12/1 12/9 12/25
together [2]  16/16 16/17
toiletries [1]  16/2
told [2]  4/22 7/13
too [3]  8/4 14/9 14/10
total [4]  5/14 7/19 21/23 22/4
transcript [5]  1/10 1/24 13/1 24/7 24/9
treatment [2]  19/11 21/4
Tripp [1]  17/21
true [12]  2/3 4/9 5/1 7/14 10/25 11/4 12/2 12/4 12/14 12/14 17/25 24/7
truthfulness [4]  4/7 8/1 10/13 10/19
trying [1]  21/25
twice [1]  8/23
two [1]  3/12
type [1]  6/12

**U**

under [5]  8/8 8/19 10/8 18/19 23/13
under -- she [1]  8/19
understand [7]  4/22 4/24 5/5 5/10 5/15 7/4 7/24
UNITED [10]  1/1 1/4 1/11 1/14 3/4 3/7 3/14 23/13 23/18 24/11
unpaid [1]  23/9
unreasonable [1]  24/3
up [8]  3/19 8/7 11/18 14/12 15/2 19/5 21/6 22/1
upon [6]  15/23 16/2 16/5 17/6 17/8 20/7
us [3]  3/7 17/7 17/25
use [1]  20/18

**V**

verbally [1]  16/8
versus [2]  1/6 3/14
very [11]  4/17 16/7 16/13 16/15 16/24 16/25 17/3 18/13 18/14 19/15 21/2
violated [3]  5/1 11/5 20/17
violating [1]  5/8
Violation [1]  4/1
violations [1]  20/22
violent [1]  16/13
virtue [1]  11/7
VOA [2]  15/24 16/5
VOLUME [1]  1/10
voluntary [2]  10/16 10/22

**W**

want [13]  11/8 12/13 13/4 14/21 14/24 15/3 15/4 16/21 18/20 19/14 20/9 20/9 20/24
wanting [1]  20/3
was [35]
was -- that [1]  12/18
wasn't [2]  12/14 13/7
way [6]  6/20 14/4 14/24 17/17 18/5 18/24 21/1 21/15 22/10
we [9]  3/12 6/23 6/25 12/7 12/16 16/16 16/17 20/7 20/16
we'll [1]  23/5
we're [1]  12/1

# W

we've [1] 17/7
weeks [1] 9/11
welcome [1] 17/13
well [11] 6/6 7/1 7/12 8/12 10/18 11/2
12/14 16/13 18/14 19/3 20/16
went [2] 20/16 21/1
were [9] 8/4 12/12 13/11 14/1 16/17
18/12 21/2 22/7 23/24
what [22] 3/21 4/22 6/3 6/8 6/8 7/4 7/10
7/12 7/13 8/11 10/4 10/6 11/12 14/6
14/13 14/16 17/14 19/15 19/22 20/12
21/5 22/20
what's [2] 6/22 9/4
whatever [3] 15/15 18/6 18/18
when [12] 6/10 8/4 8/24 9/10 9/25 13/10
13/10 13/11 17/5 20/6 21/5 22/2
When -- when [1] 13/10
where [3] 5/20 10/4 16/22
whether [5] 11/9 12/1 14/1 18/23 21/24
which [3] 6/24 7/7 7/8
who [4] 6/13 8/16 8/16 15/1
whole [2] 12/21 13/13
wholeheartedly [1] 12/20
wholeheartedly -- that [1] 12/20
Why [2] 3/19 15/11
will [10] 5/1 5/6 17/8 17/17 17/19 19/9
21/18 22/3 22/4 22/6
WILLIAM [8] 1/7 1/17 2/5 3/14 3/22
11/20 11/25 15/22
willing [2] 13/15 20/8
wish [1] 18/5
without [2] 17/23 23/21
witness [4] 11/17 14/19 15/1 15/6
won't [1] 19/5
word [2] 2/14 14/9
worked [1] 8/18
worker [1] 17/3
works [1] 8/19
world [1] 16/20
worse [3] 9/18 9/19 9/22
WORTH [8] 1/3 1/5 1/16 1/19 1/22 3/6
24/17 24/20
would [36]
wouldn't [2] 12/16 20/7
written [1] 15/18

# Y

yahoo.com [2] 1/23 24/23
ye [3] 3/4 3/4 3/4
yeah [1] 13/11
year [1] 8/6
years [10] 5/13 5/13 5/14 5/18 5/19 7/7
7/8 16/1 17/11 17/22
yes [40]
yet [1] 17/1
you [126]
you -- have [1] 9/7
you -- is [1] 12/18
you -- you [1] 7/20
you -- you're [1] 10/8
you'll [1] 5/11
you're [9] 7/10 7/16 7/24 9/5 9/25 10/4
10/5 10/8 23/17
you've [2] 8/16 8/17
your [67]
your -- you [1] 5/6
yourself [3] 5/11 7/16 7/24