UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

SEP 23 2015

By _____
     Deputy

## Report on Offender Under Supervision - No Court Action Recommended

| | |
|---|---|
| Name of Offender: | William Ray Havner |
| Case No.: | 4:02-CR-203-A(03) |
| Name of Sentencing Judge: | U.S. District Judge John McBryde |
| Date of Original Sentence: | February 14, 2013 |
| Original Offense: | Count 1: Bank Robbery Involving Jeopardy of Life by Use of a Dangerous Weapon and Aiding and Abetting, 18 U.S.C. §§ 2113(a)(d) & 2 and Count 2: Using, Carrying, Possessing, and Brandishing a Firearm During and in Furtherance of a Crime of Violence and Aiding and Abetting, 18 U.S.C. §§ 924(c)(1)(A)(i)(ii) & 2. |
| Original Sentence: | 15 months custody on Count 1 and 55 months custody on Count 2, the sentence in Count 2 shall run consecutively to Count 1, for an aggregate custody sentence of 70 months, 5-year term of supervised release in Counts 1 & 2, to run concurrently with each other. |
| Revocations: | December 15, 2011: 7 months custody as to Counts 1 & 2 to run consecutively for a total of 14 months, 46-month term of supervised release. February 14, 2013: 17 months custody as to Counts 1 & 2 to run consecutively for a total of 34 months, 2-year term of supervised release |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | July 17, 2015 |
| Assistant U.S. Attorney: | Aisha Saleem |
| Defense Attorney: | Gary Smart (Court appointed) |

## Notification To The Court For Cause As Follows:

The probation officer makes the following recommendation regarding the offender's conditions of supervised release:

### I.

At revocation, William Havner was ordered by the court to participate in 90 days of inpatient drug treatment services. On July 20, 2015, Mr. Havner entered the Salvation Army inpatient drug treatment program, in Dallas, Texas, as required. He has been compliant with all program requirements and according to his counselor, Delores Moore, Mr. Havner has become a leader in his group. He has additionally participated in available mental health treatment services, through Dallas Metrocare (MHMR) while at the Salvation Army.

On September 30, 2015, the U.S. Probation Office will terminate its agreement with the Salvation Army for inpatient drug treatment services, at which time a new vendor will assume the contractual agreement. On September 30, 2015, Mr. Havner will have completed 73 days of inpatient treatment. To avoid a disruption of treatment continuity, the probation office is recommending that Mr. Havner be allowed to release from the Salvation Army when its contract terminates. Mr. Havner will be subsequently enrolled in outpatient treatment services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2015

*Mark A. Briones*
Mark A. Briones
Supervising U.S. Probation Officer
Fort Worth
Phone: 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
Fax: 817-978-3726

Approved,

*Mark A. Briones*
Mark Briones
Supervising U.S. Probation Officer
Phone: 817-840-0739

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Orders the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Orders the probation officer to submit a request for warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
John McBryde
U.S. District Judge

Date 9/23/15

KL